**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-05585

IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: April 01, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 0:10-BK-04530-RJH |
| David C. Wright and Evangeline Wright, | Chapter 7 |
| Debtors. | ORDER |
| Chase Home Finance LLC, | (Related to Docket #8) |
| Movant, | |
| vs. | |
| David C. Wright and Evangeline Wright, Debtors, William E. Pierce, Trustee. | |
| Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 1, 2008 and recorded in the office of the Mohave County Recorder wherein Chase Home Finance LLC is the current beneficiary and David C. Wright and Evangeline Wright have an interest in, further described as:

> LOT 31, BLOCK 23, TRACT 2258, OF LAKE HAVASU CITY, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 27, 1970, AT FEE 70-5754 IN THE OFFICE OF THE COUNTY RECORDER OF MOHAVE COUNTY, ARIZONA, SUBJECT TO RESTRICTIONS, RESERVATIONS, EASEMENTS, COVENANTS, OIL, GAS OR MINERAL RIGHTS OF RECORD, IF ANY.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.